**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AIDA VELEZ** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 4:14-cv-02082-JCH** |
| | ) | |
| **SPECIFIED CREDIT** | ) | |
| **ASSOCIATION 1, INC.** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **ALEX VARADY** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION FOR DISMISSAL

COME NOW the parties and hereby stipulate to dismissal of this case with prejudice, each party

to bear its own costs.  Defendants were Pro Se, and consent to the dismissal with prejudice.


**RESPECTFULLY SUBMITTED:**

/s/ Richard A. Voytas, Jr.
RICHARD A. VOYTAS, Jr., #52046MO
Voytas & Company, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1068
rickvoytas@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The below signature certifies that on January 6, 2015 the foregoing was served via U.S.

Mail and by operation of the Court's electronic filing system on the following counsel of record:


Specified Credit Association 1, Inc.
2388 Schuetz Drive, Suite A-100
St. Louis, Missouri 63146
Defendant.

Alex Varady
2388 Schuetz Drive, Suite A-100
St. Louis, Missouri 63146
Defendant.

**/s/ Richard A. Voytas, Jr.**